UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE UNITED STATES OF AMERICA EX
RELATIONE TURIYAN M GOLD,

                              Plaintiff,

             -v.-

THE UNITED STATES OF AMERICA,

                              Defendant.

25 Civ. 8509 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

On October 13, 2025, Plaintiff, proceeding *pro se*, filed a complaint

seeking damages against the United States.  (Dkt. #1).  On October 20, 2025,

the case was assigned to this Court.  For the following reasons, the Court

transfers this action *sua sponte* to the district in which Plaintiff resides, the

District Court for the Western District of Washington.  *See* 28 U.S.C. §§ 128(b)

& 1402(b).  (*See also* Dkt. #1 at 1).

The sole defendant in this case is the United States, and the sole relief

Plaintiff seeks is damages.  The Court therefore construes the complaint as

seeking relief only under the Federal Tort Claims Act, 28 U.S.C. §§ 1346(b),

1402, 2401(b), 2671-80.  Under § 1402(b), the proper venue for such claims is

either the judicial district in which Plaintiff resides or the district wherein the

act or omission complained of occurred.  It is difficult to determine from the

complaint where the act or omission complained of occurred — allegedly, it may

have occurred outside the United States or perhaps in the Western District of

Washington, but, in any event, it does not appear to have occurred in the

Southern District of New York — so the Court deems it appropriate to *sua sponte* transfer this action to the Plaintiff's home district, the Western District of Washington.

Accordingly, the Clerk of Court is directed to transfer this action to the United States District Court for the Western District of Washington and shall do so immediately rather than waiting seven days. *See* Local Civil Rule 83.1. A summons shall not issue from this Court. The Clerk of Court is directed to terminate all pending motions, adjourn all remaining dates, and close this case.

SO ORDERED.

Dated:    October 20, 2025
            New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge